

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2025

No. 04-24-00177-CR

**IN RE** Juan Manuel **PASTOR LUNA**, Relator

Original Proceeding[1]

**ORDER**

On March 12, 2024, Relator, Juan Manuel Pastor Luna, filed a petition for writ of mandamus, complaining of the trial court's January 4, 2024, order.

After considering the petition and the record, the court concludes Pastor Luna is not entitled to the relief sought. Accordingly, we **DENY** the petition for writ of mandamus.

It is so **ORDERED** on March 12, 2025.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2025.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 14704CR, styled *The State of Texas v. Juan Manuel Pastor Luna*, pending in the County Court, Kinney County, Texas, the Honorable Natalie C. Fleming presiding.